**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NEXTGEN INNOVATIONS, LLC, *Plaintiff*, | CASE NO. 2:26-cv-00879 |
| vs. | |
| COREWEAVE, INC., *Defendant*. | **JURY DEMANDED** |

# PLAINTIFF'S NOTICE OF RELATED CASE

Plaintiff NextGen Innovations, LLC (NextGen) hereby provides notice of the following related cases involving one or more of the patents asserted in this action:

1. *NextGen Innovations, LLC v. Microsoft Corporation,* Case No. 2:26-cv 00880 (E.D. Tex.)

2. *NextGen Innovations, LLC v. II-VI, Inc., et al.,* Case No. 4:20-cv-00854-SDJ (E.D. Tex.), transferred to the Northern District of California as Case No. 4:21-cv-07477-YGR. (Closed).

3. *NextGen Innovations, LLC v. Infinera Corporation,* Case No. 2:22-cv-00306-JRG-RSP (E.D. Tex.) (Closed).

4. *NextGen Innovations, LLC v. Fujitsu Network Communications, Inc., et al.,* Case No. 2:22-cv-00307-JRG-RSP (E.D. Tex.) (Closed).

5. *NextGen Innovations, LLC v. AT&T Services, Inc., et al.,* Case No. 2:22-cv-00308-JRG-RSP (E.D. Tex.) (Closed).

6. *NextGen Innovations, LLC v. Nokia of America Corporation, et al.,* Case

No. 2:22-cv-00309-JRG-RSP (E.D. Tex.) (Closed).

7. *NextGen Innovations, LLC v. AT&T Services, Inc., et al.,* Case No. 2:23-cv-00263-JRG-RSP (E.D. Tex.) (Closed).

8. *NextGen Innovations, LLC v. Nokia of America Corporation, et al.,* Case No. 2:23-cv-00637-JRG-RSP (E.D. Tex.) (Closed).

9. *NextGen Innovations, LLC v. Cisco Systems, Inc.*, Case No. 2:24-cv-00092-JRG-RSP (E.D. Tex.) (Closed).

Dated: October 2, 2026

Respectfully submitted,

*/s/ Benjamin T. Wang*

Benjamin T. Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Irene Y. Lee
CA State Bar No. 213625
Email: ilee@raklaw.com
Andrew D. Weiss
CA State Bar No. 232974
Email: aweiss@raklaw.com
Paul A. Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Qi (Peter) Tong
CA State Bar No. 300347
Email: ptong@raklaw.com
Sarah W. Wang
IL State Bar No. 6322872
Email: swang@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991

**ATTORNEYS FOR PLAINTIFF,**
**NEXTGEN INNOVATIONS, LLC**